1   **COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT** 42 U.S.C §§ 1983

2

3   Name MOTLEY   LINDA

4      (Last)         (First)       (Initial)

FILED
APR 29 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

5   Prisoner Number   X05359

6   Institutional Address V.S.P.W /P.O.BOX 96  D4·20·1L

7   Chowchilla, CA. 93610-0096

8

9   **UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

SBA

(PR)

10

11   Linda Motley
  (Enter the full name of plaintiff in this action.)

12           vs.     CV   08 Case No. **2222**
                         (To be provided by the clerk of court)

13   State Of California

14   Honorable Retired Judge   **COMPLAINT UNDER THE**
**CIVIL RIGHTS ACT,**

15   Mike Nail   42 U.S.C §§ 1983

16

17   (Enter the full name of the defendant(s) in this action))   **E-filing**

18   *[All questions on this complaint form must be answered in order for your action to proceed..]*

19   I.   Exhaustion of Administrative Remedies

20       [**Note:** You must exhaust your administrative remedies before your claim can go

21       forward.  The court will dismiss any unexhausted claims.]

22       A.    Place of present confinement Valley State Prison for Women

23       B.    Is there a grievance procedure in this institution?

24               YES (X)    NO ( )

25       C.    Did you present the facts in your complaint for review through the grievance

26       procedure?

27               YES (X)    NO ( )

28       D.    If your answer is YES, list the appeal number and the date and result of the

COMPLAINT          - 1 -

appeal at each level of review.  If you did not pursue a certain level of appeal, explain why.

1. Informal appeal Copies Are Attached Here.

_____

_____ 2. First

formal level_____ _____

_____

_____

3. Second formal level_____

_____

_____ 4 Third

formal level _____

_____

_____

E.    Is the last level to which you appealed the highest level of appeal available to you?

　　　　　　YES(✓)        NO (x)

F.    If you did not present your claim for review through the grievance procedure, explain why._____

_____

_____

II.    Parties

A.    Write your name and your present address. Do the same for additional plaintiffs, if any. X05359 D4.20.2L

LINDA MOTLEY Valley State Prison For Women P.O. BOX 96 Chowchilla, CA 93610

_____

B.    Write the full name of each defendant, his or her official position, and his or her

COMPLAINT            - 2 -

1     place of employment.

2  Honorable     N/A Mike Nail (Retired) Salano County

3  Jail           Fairfield, CA.

4

5

6  _____ III.

7  Statement of Claim

8     State here as briefly as possible the facts of your case.  Be sure to describe how each

9  defendant is involved and to include dates, when possible.  Do not give any legal arguments or

10  cite any cases or statutes.  If you have more than one claim, each claim should be set forth in a

11  separate numbered paragraph. I was taken from Winters, Ca. Drove right pass the sheriffs

12  Station. Arrest And Booked Charged for a crime I did not commit into Solano County

13  jail in Fairfield, CA. Sent to prison And placed on parole. I'am A Victim. Here

14  I have attached copies of my claim Enclosed are (   ) copies.

15  I have also sent in this same Civil Rights Rights (3) different

16  times with (2) different Appeals With No Response

17  PLEASE HELP AS I CONTINUE TO FIGHT FOR JUSTICE.

18  "I" "AM" "INNOCCENT"

19

20

21

22

23

24

25  IV.    Relief

26     Your complaint cannot go forward unless you request specific relief.  State briefly exactly

27  what you want the court to do for you.  Make no legal arguments; cite no cases or statutes. To be

28  released right-now And to be paid for loss, pain, suffering, false Imprisonment

COMPLAINT                    - 3 -

1  obstruction of justice, unlawful events, And pure UNJUST. My life was stolen and

2  stripped, my freedom, liberty, and constitutional rights were violated And my

3  civil rights too. To be able to have money for all that has happened to me.

4

5

6

7  I declare under penalty of perjury that the foregoing is true and correct.

8

9  Signed this APRIL  day of  13  , 20 08

10

11

12  (Plaintiff's signature)

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COMPLAINT                                    - 4 -

# Ethical Decision Making

◊ Think Ahead

Realize that all actions, word, & attitudes reflect choices

◊ Clarify Goals

What are short-term and long-term goals?

◊ Gather Facts

Demand adequate information

◊ Consider consequences

Filter choices through the 6 pillars of Trustworthiness        carin        Character
respect                responsability
fairness            citizenship

◊ Determine ethical and moral Issues

What are the benefits, Harms of decision?

◊ Determine Fisical Impact

Fiscal "health" changes the way decisions are Made

◊ Decide

What would my "ethical role model" do, given this information?

◊ Monitor and adjust

Strive for continuous improvement.

# COMPLAINT ABOUT A CALIFORNIA JUDGE, COURT COMMISSIONER OR REFEREE

*Confidential under California Constitution*
*Article VI, Section 18, and Commission Rule 102*

Today's date: Dec. 13 , 2007

Your name: LINDA MOTLEY

Your telephone number: (916) 683-3885 (Message Only) (916) 442-9014
(2)

Your address: Senior Center 711 J Street Sac, CA. 95814

Your attorney's name: Janie Elliott, Dawn Yalsowski, Katheleen Bennett

Your attorney's telephone number: Solano County Jail Public Defender's Office.

Name of judge: Mike Nail / Vallejo Parole Office / Sacramento Metro Parole Office / CDCR. V.S.P.W.
OR
Name of court commissioner or referee: Solano Superior / Supreme Court
(If your complaint involves a court commissioner or referee, you must first submit your complaint to the local court. If you have done so, please attach copies of your correspondence to and from that court.) Correspondance
Court: Solano County Court (Superior / Supreme Dept (2) was trashed by C/O's Gone Unanswered A numerous of different dates & time

County: Fairfield, CA.

Name of case and case number: DUI w Bodily Injury P29005 P1203-3 P2900 - False Imprisonment. TAKEN FROM THE CRIME SCENE IN WINTERS CALIFORNIA.

Please specify what action or behavior of the judge, court commissioner or referee is the basis of your complaint. Provide relevant dates and the names of others present. (Use additional sheets if necessary.) I was the assenger of this crime. Copies are attached to explain my innoccence. P.D. refused to professionally defend me. Highway Patrol man lied on the wittnes rand and said I was the driver. He never saw me behind the wheel of this car. There was no bodily injuries to the oncoming car. The driver was sent me with a bottle of martini, Missed two days of work. I was hurt and ever taken to the hospital. I have been fighting a long time to prove my innoccence. Alot of my legal letters have been continuelly go nanswered. PLEASE HELP.

Please indicate how you became aware of the commission.
By My Legal Research. Seeking Help "A CRY OF INNOCCENCE!"

Return to:    Commission on Judicial Performance    From: LINDA MOTLEY X05359, A3·131·L
455 Golden Gate Avenue, Suite 14400    V.S.P.W. P.O. BOX 96
San Francisco, California 94102    CHOWCHILLA, CA 93610 - 0096
Telephone:    (415) 557-1200
Web site address: http://www.cjp.ca.gov

1/01



State of California
### Commission on Judicial Performance
455 Golden Gate Avenue, Suite 14400
San Francisco, CA 94102-3660
(415) 557-1200
FAX (415) 557-1266
Web Site: http://cjp.ca.gov

April 9, 2008

Linda Motley, X-05359
Valley State Prison for Women
P.O. Box 96 (D2-25-3L)
Chowchilla, CA 93610

Dear Ms. Motley:

At its April meeting, the Commission on Judicial Performance determined not to take further action with respect to your complaint received January 22, 2008, and your further correspondence.

It was concluded that the actions of the judge which were the subject of your letter provided an insufficient basis for commission proceedings. Therefore, no further action is justified based on the information you provided.

Pursuant to your request, we have enclosed a copy of our most recent correspondence to you, for your records.

We do appreciate your time and effort in bringing this matter to the commission's attention.

Very truly yours,

Karen Clay
Staff Counsel

KC:al/L0409motley

Enclosures

Confidential under California Constitution,
Article VI, Section 18, and Commission Rule 102



State of California
Commission on Judicial Performance
455 Golden Gate Avenue, Suite 14400
San Francisco, CA  94102-3660
(415) 557-1200
FAX (415) 557-1266
Web Site: http://cjp.ca.gov

March 16, 2007

Linda Motley, X-05359
Valley State Prison for Women
P.O. Box 92  (C2-28-2L)
Chowchilla, CA  93610

Dear Ms. Motley:

We have received and reviewed the letter you submitted to the commission. Following a review of this information, it is not clear to us what your complaint is about.

The primary function of the Commission on Judicial Performance is to evaluate and act upon complaints against California state court judges for judicial misconduct as specifically set forth in the California Constitution, the California Code of Judicial Ethics and the decisions of the California Supreme Court.

Please note that the Commission on Judicial Performance has limited jurisdiction. Ordinarily, individual legal rulings are not a basis for review by this commission which is not a court and does not have the authority to reverse legal rulings or intervene in legal proceedings. Even a judicial decision or administrative act later determined to be incorrect is not itself a violation of the Code of Judicial Ethics and is not misconduct.

If you wish to pursue a complaint, what is necessary is to state the name of the judge and specify exactly, in your own words, what action or behavior of the judge is the basis for your complaint. Enclosed is a complaint form for your use should you decide, in light of the foregoing, that you wish to make a complaint.

Very truly yours,

Bernadette M. Torivio
Executive Secretary

BMT:hs/L0316mot

Enclosure



State of California
Commission on Judicial Performance
455 Golden Gate Avenue, Suite 14400
San Francisco, CA 94102-3660
(415) 557-1200
FAX (415) 557-1266
Web Site: http://cjp.ca.gov

January 24, 2008

Linda Motley, X-05359
Valley State Prison for Women
P.O. Box 96 (A3-131-L)
Chowchilla, CA 93610

Dear Ms. Motley:

This letter is to acknowledge receipt of your complaint about a California judges(s). We are presently reviewing this information and you will be advised in writing, at a later date, of the Commission's action in this matter.

Very truly yours,

Bernadette M. Torivio
Executive Secretary

BMT:hs/

Confidential under California Constitution,
Article VI, Section 18, and Commission Rule 102

STATE OF CALIFORNIA – DEPARTMENT OF CORRECTIONS AND REHABILITATION                 ARNOLD SCHWARZENEGGER, GOVERNOR

**INMATE APPEALS BRANCH**

1515 S Street, Sacramento, CA 95814
P.O. Box 942883
Sacramento, CA 94283-0001



April 8, 2008


MOTLEY, LINDA, X05359
Valley State Prison for Women
P.O. Box 99
Chowchilla, CA  93610-0099


RE: IAB# 0723113          LIVING CONDITIONS

Ms. MOTLEY:

The Inmate Appeals Branch, California Department of Corrections and Rehabilitation (CDCR) acts for the Director, Division of Adult Institutions, at the third level of appeal.  The Branch examines and responds to inmate and parolee appeals that are submitted on a CDC Form 602, Inmate/Parolee Appeal Form, after the institution or parole region has responded at the Second Level of Appeal.

Institution and parole staff are available to assist you in obtaining additional copies of forms and documents required to submit an appeal.  The inmate library offers resources and assistance to obtain general information regarding regulations, procedures, policies, and government agency addresses.  Additionally, your assigned Counselor or Parole Agent, or the Appeals Coordinator can answer any questions you may have regarding the appeals process.  The Inmate Appeals Branch appreciates your responsible use of the appeal system to address your grievance.

The Inmate Appeals Branch has received an appeal from you and has determined that it does not comply with the appeal procedures established in California Code of Regulations (CCR) Title 15, Article 8, and is being screened-out and returned to you pursuant to CCR 3084.3 for the following reason(s):

The CDC 602, Inmate/Parolee Appeal Form, must be completed through the Second Level of Review on behalf of the Warden or Parole Region Administrator.


*U. Branni*

N. GRANNIS, Chief
Inmate Appeals Branch


---

****PERMANENT APPEAL ATTACHMENT-DO NOT REMOVE****

TO:
Mailing Address Mr. Manuel Graves
Classification & Parole Representative
Valley State Prison For Women
    P.O. Box 99
Chowchilla, CA. 93610

-1-

Return Address: Linda Motley
X05359 V.S.P.W. A3-129-L
P.O. Box 96
Chowchilla, CA. 93610-0096

Playing the hand of UNJUST that was dealt
to me. CDCR has place me over & over here
for an alleged Parole And Violation.
                    I am requesting the
Past and present findings to be
a unjust turned correctly just-
ified, outcome of your contributed in
support in prayer and remembrance.
                    PLEASE
See Civil Rights, Constitutional Rights, Human
Rights, Government Laws, Codes, Rules,
And other Regulations. Construction real
And property ect ... and more ... Due Process
And lack of Jurisdiction. Mr. Graves you as
a stranger to me must permit allow
Section 679 Legislative intent and rights
documented Section 679.02 (added by
stats. 1986 C. 1427 §§1.) Rights Of Victims
And witnesses of crime (679.02)
        The false imprisonment see "A fake
record or decrease an obligation to
the government. 18 USCA ++ 286-287, 31 USCA §§3729-
3733.

1 of 2 page

-2-

... The act may be enforced eighter by the attorney general or by a private person in a gui tam action.   Failure to report investigative employee violated 15 CCR § 3318(a) And Petitioner Rights to due process 6 Admendment.

• Also (Penal Code) 6000. Enclosed is a 1502 CDC Charge report of mere heresay "LIES" "CHAOS" "ILLEGALIZA-TION" AND ect.". Has beomea non sto-PPable crime.

i have enclosed verified truth, most has been destroied and or trashed. ~~THANK YOU SIR~~. I will need for you to call the Fresno, CA ~~UNITED STATES~~ MAGISTRATE JUDGES Di-ennis L. Beck, & DISTRICT JUDGE Lawrence J. O'Neill. This envolves Commissioner on Judicial Performance too. call (415)557-1200 Bernadett M. Torivio. Shes the executive secretary of California Constitution.   copies of (5) cc. I thank you again. w/B.

See line there pg 2 of Hearsay Informat

All written here are true And correct under the laws of California without perjury I've signed and dated below with witness signature, too.

Date: 2/3/08

Print Name: Linda Motley  @.

Sign: Linda Motley

Witness Print Name: Kellie Williams

" Sign ": Kellie Williams

End of 2 of 18 Page

(Letter of Interview)

Govenor of California
Arnold Schwarzennegger
State Capitol / Sacramento, California 9581¢

Return Address:

Linda Motley x05359
V.S.P.W A3-131 L P.O. BOX 96
Chowchilla, CA 93610-0096

Govenor, Please respond to my on going cry of innocence, here at V.S.P.W is where most of my crying began at the of six studing to become an actor. Since deat took place I was left a huge amount of inheritance from A goverment offical family member a very beautiful old lady. I miss her still today. Since then I received my contract of obedience. A state law code of honor with my 50 some odd millions of life insurance. My contract began from then on here is where I re-manded off and on. Then suddenly after meeting

A many, many of money hungry people. State Senate Jarred Tanner, and my advesary Moenear Farahatt-onita, Mr. Donaldson whom I knew as A %o woker, now as captain of V.S.P.W. So many numberous of faces here look at me with great guilt in their eyes, the code of silence is of one too many of them the reldiation, crude, intimadiation, hate tred, and ect...

Govenor, You would not beleive the non stop chaos and multitude of enemies I have here. This huge involvement concerns

over→

Sherriffs, Police, the correctional officers, there families, friends, relatives, BPT BPH, Restutution's office, Court officals Most of the medical and mental health services here are holding a real serious grudge. I'm enclosing falsified docum--ents of proof. C/o's have physically attacked me recently (1-5-08) While a lietentnant stood back and filmed the whole event. I have ex--pressed my feelings to never return here too Parole reggin, Commissioner, lawyer, And Victim Witness assitance program plus judicial performance too. Sacramento Superior courts refuse to approve my many writ of appeals. "NO" one has properly assit me. Please do your best to understand copies enclosed of every sheet of legal statement to help support honesty. "Justice". For it is what makes a goverment strong.——
I wait for your appropriate anwser.
     I thank you so kindly for your time too
        *   (   ) copies Enclosed


Linda Motex.                    1-20-08
Witness: Loraine Glinton        Lorain Glinta

TO: GOVENOR OF CALIFORNIA
ARNOLD SCHWARZENEGGER
STATE CAPITOL
SACRAMENTO, CALIFORNIA 95814

Case No. P2900-5-P1203-3P2900-1
Offense DUI w/Bodily Injuries. 2003 Sept. 23.

Dear, Govenor,
Around 2-9-05 Your advacates
sent me a anwsered letter that, st-
-ates my Constutitional rights have
been violated, on the above written.
California Law States An arrest will
be made where the crime is com-
-mitted at that location. I Linda
Motley. Was the passenger. Taken
to Solano County Jail from the crime, se-
cne in Winters, CA. Booked at bail 250.
000 raised to 50, 000 Sent to prison 16 mos.
Released Oct. 1 2004 to Vallejo CA. I've
never been to Fairfield, CA; Vallejo, CA.
before in my life. The highway patrol-
-man drove right pass Winters, CA.
Sherriff's Station. I ask him why, he
said because I can. Here I sit behind
bars over and over again. I'm begging
you to PLEASE FREE ME AT ONCE. Parole
Knows that I'am innoccent. My life is
at stack And has been for some
time now. THE VIOLATION, UNJUST

YOU AS AN INMATE? THE ANWSER IS FALSE IMPRISONMENT A NUMBEROUS OF UNSTOPPELBLE TIMES. ——— Every Legal Organization, Lawyers, Courts, Advocates, Appeals, Chief Officals, Warden Cops, Self Help Center, Mac George School of Law, ACLU, Innocent Project, Attorney General Prison Law, State Bar, Prisoner's Right Union, Lawyer Referral Service, Including Court Fee filings of Crimnal Charges Against C/O's, Sherriffs, Public Defenders, Judges ect... Now it is up too you. ———

Mr, Schwarzenneager there is "NO", QUESTION TO BE ASKED
I thank you for no delay. ———
GOD BLESS U.S ALL
Return Address: Linda Motley X05359
A3·131·L V.S.P.W P.O. BOX 96
Chowchilla, CA. 93610 – 0096

w/B Other Improper Or Illegal Activities Including Off. Bench Conduct. And more. Date: 12-14-07
L.M. ~~~~~~~~~~~~~~~~~~~

Signed: Linda Motley          Witness: Nelly Orozco
END.

OBSTRUCTION OF JUSTICE, AND THE
MANY UNLAW ACTS OF WRONG-
DOINGS WITH-IN TH SACRAMENT
POLICE/SHERIFF/COURTS AND
PAROLE DEPARTMENT; Has now
placed me Linda Motey.    A Victim
of Stolen Identity, false inprisonment,
discriminated, and so much more of a many
attacks from White collar and Blue co-
-llar Crimes. Now my life is at stack
if I'm to return to V.S.P.W. again.
GOVERNOR "I am NOT ON PAROLE!"
The State Of California has me be-
-hind bars. I have wrote to you 3 diffe
-rent occassions. I do not have
money due to my life Insurance,
Trust Account, Inheretence, SSI,
award back payment, Lottery Ticket
that was stolen by Manear forgh-
-attonita. He has a many of names.
Please call Mamie Washington/
Motley 727-5045099/727-239-7190 &
Ernest Motley who can explain who
I am and how I've been robbed, beaten,
I.D. Stolen, Kidnapped Verbal, Physical
Mental, Emotional Abused, torture,
Assult, Threatened And ect...
WHY HAVE YOU NOT PUT A STOP TO
2 of 4 B

CONFRIM AND EXPRESS TO THE LETT
-ER I RECEIVED FROM YOU REGAR-
-DING ALL OF THIS SPOKEN IN THIS
LETTER? PLEASE RESPOND. THE
FALSE INPRISONMENT HAS NOT
STOPPED. A many of my submitted
complaints has gone unanwesered. I'm
lead to be that my legal proccedings
have been trashed, destoryied, and
ect. Only GOD Knows. GOVERNOR,
the many violations of the Code of
Judicial Ethics and misconduct has gone
too too far with the ineffectiveness of
wrongful doings. I am requesting your
total response of action that is long
over due for your attention is souly
needed. A PERSON WOULD
NEED A FELONY AND A LOT
OF PIROR DUI's IN ORDER TO
RECEIVE A PRISON SENTEN-
-TENCE. I've not given up with the
abuse of authority here at V.S.P.W
that is soon to be under investigation
regarding I, Linda Motley once named
Linda Forghattonita. Frist of the
State of Medrea, CA. Head Administr-
ator of V.S.P.W. I OPENED THIS PRISON.
NOT AS AN INMATE HOWIS IT I SIT
HERE WRITING TOO       30f48.

* COPIES SENT TO WASHINGTON DC. CIVIL ACTION

Sheriffs Police, the correctional officers, there families, friends, relatives, BPT BPH, Restutution's office, Court officals, Most of the medical and mental health services here are holding a real serious grudge. I'm enclosing falsified docum-ents of proof. C/o's have physically attacked me recently (1-5-08) While a lietentnant stood back and filmed the whole event. I have ex-pressed my feelings to never return here too Parole regain, Commissioner, lawyer, And Victim witness assitance program plus judicial performance too. Sacramento Superior courts refuse to approve my many "writ of appeals" "NO" one has properly assit me. Please do your best to understand copies enclosed of every sheet of legal statement to help support honesty. "Justice". For it is what makes a goverment strong.————
I wait for your appropriate answer.
   I thank you so kindly for your time too.
      *   (    ) copies Enclosed


Linda Motley.
Witness: Jacki Villa                    1-20-08

TO:                                            ( Letter No Interview )
Govenor of California
Arnold Schwarzennegger
State Capitol / Sacramento, California 958

Return Address:
Linda Motley x05359
V.S.PW A3·131·L P.O. BOX 96
Chowchilla, CA. 9360-0096

Govenor, Please respond to my on going
cry of innocence here at V.S.P.W is where most
of my crying began at the of six studing to become
an actor. Since deat took place I was left a huge amount of
inheratance from A goverment offical family member a very
beautiful old lady. I miss her still today. Since then I received my
contract of obedience. A state law code of honor with
my 50 some odd millions of life insurance. My
contract began, from then on here is where I re-
manded off and on. Then suddenly after meeting
   A many many of money hungry people. State Senate
Jarred Tanner, and my advesary Moenear Forahatt-
-onita, McDonaldson whom I knew as A %o worker
now as captain of V.S.P.W. So many numberou
of faces here look at me with great
guilt in their eyes, the code of silence is
of one too many of them the relaliation,
grude, intimadiation, hatetred, and ect...
   Govenor, You would not beleive the
non stop chaos and multude of enemies
I have here. This huge involvement concerns

Linda Motley X05359
V.S.P.W A3129.L
P.O.Box 96
Chowchille, CA 93610-0096

Dear Governor,

I was robbed. Alot was taken away from me including my family starting with my name Nicklebaum. Father's name was albert, as I sit here in the same building were I remember him, some terror took place. Now I know why this false imprisonment was GOD's will. My ford lisense life Insurance, Inhereterence from the Hyges family, And my Lottery Ticket was all stolen. Here are names of people, Correctional Officers ① Anderson ② Staff, Mr. Mendelson. You must take note that Mr. Moenear Forghattonita. And patner in crime with the Washington's (OHIO) And Captain L.S. Donaldson along with SGT. Pisano ect... Must all come forward with what has been written. I refuse to allow any more harm to my children And I. Terror is all around me here at V.S.P.W. I/m's too are troubling me daily. The course of real property, transactions, Stock and bonds

continue...

Commodity and option transactions, Banking and other Financial Institution transactions, Bussiness operating transactions, Estate, trust, and other beneficiary transactions, Claims and litigation, Personal and family maintance, Benefits from Social Security, Medicare, Medicaid, or other governmental programs, Blue Cross, Red Cross, Civil service, Retirement Plan Transactions , Tax matters, And so much more. Head trama and other horrifing exents has caused me to forget a lot. "GOD HAS SUSTAIN ME THE REGAINMENT OF MY MEMORY" So much evidence was left behind. Media coverage is A must. None of my previous letters to you have been answered yet. Your advocates can call. Myra (813) 401-9910 she knows every thang. Home (813) 230-9237 And Mr. Pryor trans--portation V.S.P.W. He can explain what the Ranssensome's did with my son when he was born. I have to look at the same faces of all the people whom know the truth of my past and what has been writing here even the warden is aware of all



the cruelty of events that are happen now. GOVERNOR. Your actions and motives must be quick due too the unjust done by so many S/o's that now know I remember. — A serious grudge has fallen on me. My power of Attorney was done in 1999 to Ernest Motley for temporary reasons only, he some how forged it to continue. Please call (916) 683-3885 for information. Governor, I was 6yrs old please help me to seek the truth, I cannot continue this harcas, my life has been stolen, I'm sending all copies of proof for your support once again. I'm being rushed. —

GOD BLESS YOU —

Sunida Motley          Date: 2/20/08

xx/B    — Thank You —

— Being rushed for time frame
Protective Caustody will be for me to return to
RCCC til this is resolve —

Take Note  24 AVE was and
still should be my true address —

* Investigation is being requested.



✱ Orginal Document

Reception Center:  VSPW

# MENTAL HEALTH SCREENING

LAST NAME: MOTLEY            FIRST NAME: LINDA        CDCNUM X05359    CELLBED: A 2 000000001501L

☑ This inmate has completed a routine Mental Health Screening and is:

    ☑ Cleared for General Population (No restrictions).   ☐ Referred for further evaluation.   ☒ Referred for crisis care.

    ☒ Able, but unwilling to participate in clinical assessment.

☐ This inmate was interviewed after:      ☒ staff    ☒ Self Referral _____, and the following action was taken:

    ☒ Cleared for continued programing.    ☐ Referred for further evaluation

    ☒ Other: _____

☒ This inmate is non English speaking.      Primary Language: _____

Lori Williams Ph.D.        (559) 665-6100 Ext 6022                                    2/9/2006
                             Phone                          Clinician's Signature                      Date

CDC 128C     c: C-file, Medical File, CCII



TOTAL P.02
05/04/2007  11:42  1

CASE RECORDS NRT OFC

PAGE  02/02

MENTAL HEALTH INFRMATIONAL CHRONO

CDC  128-B

MOTLEY, Linda X05359

Inmate Motley is currently eing treated for her mental health needs, at the EOP level of care, in the Outpatient Houng Unit (OHU) of VSPW. Her current mental health symptoms, behavior and thinking are significantly disorganized to the extent that the mental health staff have dezmined that she is gravely disabled. Inmate Motley's parole date is April 13, 2007. She cannot be released without assistance to maintain her mental health and function independently in society (this includes safely utilizing public transportation).

Lori Williams, Ph.D.
Chief Psychologist (A)
VSPW

D: 04/12/07

Barry C. Scheck, Esq.
Peter J. Neufeld, Esq.
Directors

Maddy deLone, Esq.
Executive Director

Innocence Project
100 Fifth Avenue, 3rd Floor
New York, NY 10011
Tel 212.364.5340
Fax 212.364.5341
www.innocenceproject.org

## INNOCENCE PROJECT
## CASE EVALUATION AUTHORIZATION FORM

This document authorizes and directs any persons or government agencies including, but not limited to, police, prosecution, sheriff, probation, and parole officers and officials, to release to the Innocence Project and any attorney, staff member, student, or volunteer working under its purview, any and all documents and other materials in their possession pertaining to me or my case.

This document authorizes and directs attorneys who have previously represented me or from whom I have sought legal advice and their agents, to release to the Innocence Project and any attorney, staff member, student, or volunteer working under its purview, any documents pertaining to me or my case and to disclose to the Innocence Project any confidential information or privileged communications

This document authorizes any attorney, staff member, student, or volunteer working with the Innocence Project to communicate with any persons or government agencies having information relevant to the evaluation of my case, including, but not limited to, attorneys who have previously represented me or from whom I have sought legal advice, as well as police, prosecution, sheriff, corrections, probation, and parole officers and officials. This document further authorizes the Innocence Project to examine, receive, and/or photocopy any and all documents pertaining to me or my case that are in the possession of such persons or agencies.

This document authorizes any attorney, staff member, student, or volunteer working with the Innocence Project to communicate with any persons or organizations, including, but not limited to, members of the Innocence Network regarding the evaluation, progress, and/or status of my request for legal assistance.

In all other respects, my interactions with the Innocence Project will remain privileged and confidential.

This document serves as authorization for the Innocence Project's evaluation purposes only. I understand that the Innocence Project does not represent me.

DATED: 3/20/08
(Month/Day/Year)

SIGNATURE: Linda Motley

YOUR NAME: Linda Motley
(Please print name)

ADDRESS: Valley State Prison for Women
P.O. Box 96 x05359 (02-28-31)
Chowchilla, CA. 93581

**_DO NOT DUPLICATE_**

The Innocence Project, Inc,
Benjamin N. Cardozo School of Law
100 Fifth Avenue, 3rd Floor
New York, NY 10011

Pro Bono Project
Silicon Valley
450 North 1st Street
San Jose CA 95103-0103

**YOUR NAME:**    First:    Linda

Middle:

Last:    Motley

**Your Address:** Valley State Prison for Women X05359
P.O. Box 96    D4.20.22
Chowchilla CA 93610-0096

Inmate Number:    X05359

Date of Birth:    4 /13 /56

Social Security Number: 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

**If you are not the defendant, please provide your contact information and relationship to the defendant:**

## _About Your Case:_

Date(s) of Crime(s):    9-23-03

Date that the crime was reported: 9-23-03

Date that the victim(s) were examined: 9-23-03

Date of Arrest: 9-23-03

Date of Conviction: 5-18-04

Indictment/Case Number: P2900-5 P1203-3 P2900-1

Date of Sentencing: 5-18-04

Place of conviction (city, state): Fairfield, CA. Solano County Court

Charges (list all charges): 02 V23153(B) DUI over legal Bac/BOD INJ

Convictions (charges you were convicted of): DUI with Bodily Injury. NO ONE WAS INJURED.
The true defendant driver is Matthew Kalac Mother
name Marie Matteau In Winters, CA. at the time of this
incidence

**DO NOT DUPLICATE**

**Sentence received for each charge:** .6 months peroid of incarceration.V.SP.W

**Are you innocent of all the charges listed above?** Yes.
**If you are not, please let us know which charges you are claiming innocence of:**

**_FACTS:_** Please provide a brief description of the crime and the case made against you.

**Facts according to the prosecution:** That the Highway Patrol man got on the witness stand and pointed me sitting in the court room with hand cuffs, shackles and ect. . . He never ever had gotten any type of evidence, Nor did he see me behind no wheel of no car, He "LIED" "ON" "ME" He committed Prejury in a United States Court room with his badge on too. "UNBEIVEABLE!"

**Facts according to the defense:** I was the only passenger/Matthew Kalac was the driver/ "I" was falsely accused And falsely imprisoned/No witnesses came forward/Highway Patrol man did not see me behind no wheel of a car/Highway Patrol man refused to do a doctor for fingerprints/And ignored my record of evidence And history too, /PLEASE SEE that such a conviction was predjudice if "I" was or had been the driver. Forced to Plead guilty and or NO contest by the courts ruling landed me in prison were I sit now. Being innocent has been ignored a numberous of times. Facts to be noted; NO ONE GOES TO PRISON ON THERE FIRST DUI & there were no evidence of me being the driver. Public Defender would not prove my innocence. No one in the other car was injured or hurt/"I" Indeed was hurt And has server damage from the incident. The driver indeed has (5) or more Prior DUI's, on Probation, in (1) or more counties And attended DUI classes. Fact that we drove right pass winters California's Sheriff Station and continued to drive all the way to Faircield, CA, Book on a charge I never committed.—I was sentenced and sent to prison on no evidence shown. NO witnesses And the driver NO WHERE TO BE FOUND. I've heard and to be—I've Matthew Kalac is Bob Matthew one of the same, TRUE DEFENDER. Mother Marie Kalac was called for witness on the truth of this crime, -2- but never appeared in court.

Benjamin N. Cardozo School of Law, Yeshiva University

**Facts according to you:**
If you can recall, what were you doing and where were you when the crime was being committed? I was sitting in the driver sit attempting to help the driver not crash and to help gain control of the safety of our lives. I was also aware of the fact that we were only going 5mph. Very, very, slow onto oncoming cars. I was most importantly bracing myself for protection not to be harmed. At the same time, I was push toward the dase board, and (R) side of the passegeners door verly hard, feeling pain and fear at the same time. Also I was thinking about what the driver's mother (Marie Kalac) had said to him just before we drove off. Which was I should not let you drive my car because you always get in an accident or pulled over for D.U.I. that is when I felt a hard crash on the (R) passenger back fender. Someone had did a drive by or something then I notice the tire flying in the air. the rotor came off I saw when we got out of the car. it was A act of GOD — ACT OF FREAK OF NATURE — SOMETHING - I'm serving time, but innocent.

Did you plead before or during trial? If so, please indicate if you your plea was:

_____**Not Guilty**      _____**Guilty**      _____**Nolo Contendere**      \_\_\_✓\_\_\_**No Contest**

How did you become a suspect? Prejury from a law offical, And the driver too.

Did you know the victim(s)? If yes, how did you know the victim(s)? There was no victim. The mexican man complained about his shoulder at the hospital was sent home (2) hours later and missed (2) days of work. "I" I'm the real VICTIM HERE.

According to the Police and/or Prosecution, how many people were involved in the crime? Matthew the driver I And (2) men in the other car. Equals (4).

How many people were identified and/or arrested? If you know who they are, please list them here:
Matthew Kalac And myself Linda Motley.

Are there co-defendants involved in this case?  If so, please list their names and give a brief description of their alleged involvement. NO, I do not know How I was charge for this crime. And Why the driver was no a codefendant,

How did you know the co-defendant(s)? He was a social semi friend who asked me to go to winters, CA, with him and his mom to help out with his storage and moving arrangements,

## Evidence:

What physical evidence was collected?  If you know, please let us know where the items were found and who they belong to (for example, if the police collected a shoe, please let us know if it is supposed to be the victim's shoe, as opposed to your shoe). NONE NOTHING AT ALL.

What physical evidence was used at trial? NONE NOTHING AT ALL.

**DO NOT DUPLICATE**

What biological evidence was collected from the victim(s) and/or the scene (*Examples of biological evidence: blood; hairs; fingernail scrapings; saliva; skin; items from a rape kit like vaginal, oral, anal swabs; semen stains from the crime scene or on clothing;.*)? It was a noted evidence of the on coming car had went of the road into a barrel of plan dirt, No crash happened.

\* The Evidence is — I was violated of my constitutional Rights.

What biological evidence was collected from you? And old machine show that my blood level was 0.18, which was not true, I only had (2) sips of lite beer. the drivers level was 9.2, or 2.9, with pirors.

What biological evidence was introduced at trial? My Face that the Highway patrolman Pointed out. Take Note, He never saw me in no car at all. Only standing on the side of the road.

Is there any new physical or biological evidence? ~~blood~~ error — Yes, I heard that his ~~error~~ error prirors one of many and he knew that he would be going to do "some time", that is one of the reasons he blamed it on me. And some talk about him working with a guy that had burned me (ROB ME) for a lot of money wanted to put me away and that Matthew Kulac got paid by ~~the oenest for shot anita~~ one a captain that works at V.S.P.W. in Churchill, CA. here where I am at. I have very bad horror stories about this captain in my past. He has really hurt me—I do not why he is a captain here. A true criminal

Benjamin N. Cardozo School of Law, Yeshiva University

-5-

## Testing:

For each item or kind of evidence, please list the type and results of testing performed before or during the trial phase of your case (Example: ABO testing and testing for semen was performed on the swabs in the rape kit. The laboratory found the presence of semen and A and H antigens). NONE —

I begged for a blood test to prove my innocence but was deined each time I repeatedly kept acking the courts.

Was there any testing performed on items of evidence after you were convicted? If so, please list which items were tested, what type of testing was performed, and the results of each test. If DNA testing was performed, please pay attention to what kind of testing was performed (e.g. RFLP, PCR, STR, Mitochondrial).

An old large machine used for breatherlizer.

## Theory of Exoneration:

What items of evidence, if subjected to DNA testing, would prove your innocence?

Finger prints on the drivers side. And blood level. And the driver to come forward And the highway Patrolmon to tell the truth. I do beleive a Insurance froud of some type may have taken place here Please check with

Marie Santos in Sacramento, CA. or Stockton, CA or Winters CA. Also Matthew Kalac too. The real criminal

## Case Materials:
**_Please do not send any documents at this time unless we requested them from you in writing._**
Please tell us which documents you have or can get:

Pre-trial documents (grand jury proceedings, motions, etc.):

Trial transcript (including plea hearings or sentencing hearings):

Police Reports (please provide a brief description, e.g. defendant's statement, investigator's notes, evidence):

Laboratory reports (please provide a brief description and date of report, if possible, e.g. serology report, autopsy report, etc.)  9-23-03 Breathalizer

Appellate Briefs - Direct Appeal: Send appeal in on 7/27/04 (Never Got A Reply)
Defense                    _____yes      ?      _____no
Prosecution                _____yes             _____no
Decision/Opinion           _____yes             _____no

Appellate Briefs - Secondary or Postconviction Appeal:
Defense                    _____yes             _____no
Prosecution                _____yes      ?      _____no
Decision/Opinion           _____yes             _____no

Other Postconviction Motions: NONE
Defense                    _____yes             _____no
Prosecution                _____yes             _____no
Decision/Opinion           _____yes             _____no

Other Documents: NONE, I've never been convicted of a D.U.I or a
felony of drunk drive.

## **Contact Information:**

Please provide us with contact information, if possible. Solana county Jail, Fairfield, CA.

Trial Attorney (name, telephone, address): Jane Elloitt, Ann Bennett, Dawn Valsowskiss All Public Defenders.

Prosecuting Attorney (name telephone, address): Same Address as above. Name? Jack ?

Appellate Attorney (name, telephone, address): I requested a numerous of times No Response.

Other Attorneys: Prison Law, Fresno Federal Courts, Appellett Rights Soc, CA. J.Street.

People or offices that may have documents: Solano County Superior Court / Honorable Judge Mike Nail whom sentenced me to 16 months in prison for a misdemenor crime that I did not committ.

## **OTHER INNOCENCE PROJECTS**

Have you contacted any other innocence projects or organizations? If so please list the organization and date you contacted them: Only the Public Defenders for an appeals court review, And you.

This false conviction has gone unanswered, Ignored, and disrespected And unlooked into a many many times. Solano refuses to answer all of my appeals and complaints of unanswered forms that I've sent too, too, many times. I continue to go back and forth to V.S.P.W. for parole Vilations after parole violations. A CRY FOR INNOCCENCE I BEG" "OBSTRUCTION OF JUSTICE" (Please Correct ) THANK YOU

982.2(b)(1)

| | FOR COURT USE ONLY |
|---|---|

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, state bar number, and address)*:

MOTLEY LINDA X05359
V.S.P.W. P.O. BOX 96 D4·20·2L
CHOWCHILLA, CA 93610

TELEPHONE NO.:                    FAX NO.:

ATTORNEY FOR *(Name)*: TO REQUEST FOR COUNSOL

INSERT NAME OF COURT, JUDICIAL DISTRICT, AND BRANCH COURT, IF ANY: Clerk OF THE US District
Court for the Northern District OF CA. 450 Golden Gate Aven.
BOX 36060 San Francisco CA. 94102

CASE NAME: FALSE IMPRISONMENT

| CIVIL CASE COVER SHEET | Complex Case Designation | CASE NUMBER: |
|---|---|---|
| ☐ Limited  ☒ Unlimited | ☐ Counter  ☐ Joinder Filed with first appearance by defendant (Cal. Rules of Court, rule 1811) | ASSIGNED JUDGE: |

*Please complete all five (5) items below.*

1. Check **one** box below for the case type that best describes this case:

**Auto Tort**
☐ Auto (22)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
☐ Asbestos (04)
☐ Product liability (24)
☐ Medical malpractice (45)
☐ Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
☐ Business tort/unfair business practice (07)
☒ Civil rights *(e.g., discrimination, false arrest)* (08)
☐ Defamation *(e.g., slander, libel)* (13)
☐ Fraud (16)
☐ Intellectual property (19)
☐ Professional negligence *(e.g., legal malpractice)* (25)
☐ Other non-PI/PD/WD tort (35)

**Employment**
☐ Wrongful termination (36)
☐ Other employment (15)

**Contract**
☐ Breach of contract/warranty (06)
☐ Collections *(e.g., money owed, open book accounts)* (09)
☐ Insurance coverage (18)
☐ Other contract (37)

**Real Property**
☐ Eminent domain/Inverse condemnation (14)
☐ Wrongful eviction (33)
☐ Other real property *(e.g., quiet title)* (26)

**Unlawful Detainer**
☐ Commercial (31)
☐ Residential (32)
☐ Drugs (38)

**Judicial Review**
☐ Asset forfeiture (05)
☐ Petition re: arbitration award (11)

☐ Writ of mandate (02)
☐ Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 1800–1812)**
☐ Antitrust/Trade regulation (03)
☐ Construction defect (10)
☐ Claims involving mass tort (40)
☐ Securities litigation (28)
☐ Toxic tort/Environmental (30)
☐ Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
☐ Enforcement of judgment *(e.g., sister state, foreign, out-of-county abstracts)* (20)

**Miscellaneous Civil Complaint**
☐ RICO (27)
☐ Other complaint *(not specified above)* (42)

**Miscellaneous Civil Petition**
☐ Partnership and corporate governance (21)
☐ Other petition *(not specified above)* (43)

2. This case ☐ is ☐ is not complex under rule 1800 of the California Rules of Court. If case is complex, mark the factors requiring exceptional judicial management:
   a. ☐ Large number of separately represented parties
   b. ☐ Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. ☐ Substantial amount of documentary evidence
   d. ☐ Large number of witnesses
   e. ☐ Coordination and related actions pending in one or more cour in other counties, states or countries, or in a federal court
   f. ☐ Substantial post-disposition judicial disposition

3. Type of remedies sought *(check all that apply)*:
   a. ☒ monetary  b. ☐ nonmonetary; declaratory or injunctive relief  c. ☐ punitive

4. Number of causes of action *(specify)*:

5. This case ☐ is ☐ is not a class action suit.

Date:

LINDA MOTLEY
*(TYPE OR PRINT NAME)*

▶ Linda Motley
*(SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)*

**NOTICE**

- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate, Family, or Welfare and Institutions Code). (Cal. Rules of Court, rule 982.2.)
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 1800 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.