

FILED

APR 2 9 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

SBA
(PR)

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

LINDA MOTLEY )
                                              )
                         Plaintiff,           )   CV 08    2223
                                              )   CASE NO. _____
        vs.                                   )
                                              )   **PRISONER'S**
HONORABLE, MIKE NAIL                          )   **APPLICATION TO PROCEED**
                                              )   **IN FORMA PAUPERIS**
                         Defendant.           )
_____ )

        I, LINDA MOTLEY _____, declare, under penalty of perjury that I am the

plaintiff in the above entitled case and that the information I offer throughout this application

is true and correct. I offer this application in support of my request to proceed without being

required to prepay the full amount of fees, costs or give security. I state that because of my

poverty I am unable to pay the costs of this action or give security, and that I believe that I am

entitled to relief.

        In support of this application, I provide the following information:

1.      Are you presently employed? Yes _____ No ⊠

If your answer is "yes," state both your gross and net salary or wages per month, and give the

name and address of your employer:

Gross: _____ ○ _____    Net: _____ ○ _____

Employer: _____ None _____

_____

PRIS. APP. TO PROC. IN FORMA PAUPERIS, Case No._____    - 1 -

1  If the answer is "no," state the date of last employment and the amount of the gross and net

2  salary and wages per month which you received.  (If you are imprisoned, specify the last

3  place of employment prior to imprisonment.)

4  _____NONE_____

5  _____

6  _____

7  2.    Have you received, within the past twelve (12) months, any money from any of the

8  following sources:

9      a.    Business, Profession or            Yes ____  No __|__

10           self employment

11     b.    Income from stocks, bonds,         Yes ____  No ____

12           or royalties?

13     c.    Rent payments?                     Yes ____  No ____

14     d.    Pensions, annuities, or            Yes ____  No ____

15           life insurance payments?

16     e.    Federal or State welfare payments, Yes _\_  No ____

17           Social Security or other govern-

18           ment source?

19  If the answer is "yes" to any of the above, describe each source of money and state the amount

20  received from each.

21  _Social Security Disability_____

22  _____

23  3.    Are you married?                      Yes ____  No _X_

24  Spouse's Full Name: _____

25  Spouse's Place of Employment: _____

26  Spouse's Monthly Salary, Wages or Income:

27  Gross $_____      Net $_____

28  4.    a.    List amount you contribute to your spouse's support:$ _____

1       b.    List the persons other than your spouse who are dependent upon you for

2           support and indicate how much you contribute toward their support.  (NOTE:

3           For minor children, list only their initials and ages.  DO NOT INCLUDE

4           THEIR NAMES.).

5   _____

6   _____

7   5.    Do you own or are you buying a home?    Yes ____  No ✗

8   Estimated Market Value: $_____ Amount of Mortgage: $_____

9   6.    Do you own an automobile?    Yes ____  No ✓

10  Make _____ Year _____ Model _____

11  Is it financed? Yes _____ No ✓ If so, Total due: $_____

12  Monthly Payment: $_____

13  7.    Do you have a bank account?  Yes ____  No ✓ (Do not include account numbers.)

14  Name(s) and address(es) of bank: _____

15  _____

16  Present balance(s):  $_____

17  Do you own any cash?  Yes ____  No ✓  Amount:  $_____

18  Do you have any other assets?  (If "yes," provide a description of each asset and its estimated

19  market value.)   Yes ____  No ✓

20  _____

21  8.    What are your monthly expenses?

22  Rent: $_____ Utilities: _____

23  Food: $_____ Clothing: _____

24  Charge Accounts:

25  Name of Account        Monthly Payment        Total Owed on This Acct.

26  _____    $_____    $_____

27  _____    $_____    $_____

28  _____    $_____    $_____    9.   Do

1  you have any other debts?  (List current obligations, indicating amounts and to whom they are

2  payable.  Do <u>not</u> include account numbers.)

3  _____ NONE _____

4  _____

5  10.    Does the complaint which you are seeking to file raise claims that have been presented

6  in other lawsuits?    Yes ____  No ✓

7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in

8  which they were filed.

9  The Same lawsuit was filed but went on without

10  being answered. I have applied (3) x's

11        I consent to prison officials withdrawing from my trust account and paying to the court

12  the initial partial filing fee and all installment payments required by the court.

13        I declare under the penalty of perjury that the foregoing is true and correct and

14  understand that a false statement herein may result in the dismissal of my claims.

15

16  APRIL 13, 2008                    Sincerely, Mo...

17        DATE                        SIGNATURE OF APPLICANT

18

19

20

21

22

23

24

25

26

27

28

Case Number: _____

### CERTIFICATE OF FUNDS

### IN

### PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account

statement showing transactions of _____ 0 _____ for the last six months

at Valley State Prison for Women

[prisoner name]

Linda Motley _____ where (s)he is confined.

[name of institution] Valley State Prison for Women

I further certify that the average deposits each month to this prisoner's account for the

most recent 6-month period were $ _____ 0 _____ and the average balance in the prisoner's

account each month for the most recent 6-month period was $_____ 0 _____.

Dated: 4/13/08 _____      _____

[Authorized officer of the institution]