Clerk of The U.S. District Court
Court For The District Of California
450 Golden Gate Ave Box 36060
San Francisco, CA. 94102

Return Address Linda Motley
x05359 P.O. Box 96 D4-20-2L
Churchilla, CA. 93610-0096

**FILED**

APR 2 9 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Please respond for so much, has
happened. And I have yet to receive justice
as I continue to seek it. I've placed oler(3)
of the materials enclosed here.
I hope to here a response ———
Thank You Very Much ————

**SBA**

**(PR)**

CV 08    2223

4/21/08

E-filing



Return Address: S.P.W. 04.20.0C
Linda Motley X05359
P.O. Box 06
Chowchilla, CA 93610

$ 01.65
PITNEY BOWES
APR 21 2008
02 1M
0004218864
MAILED FROM ZIP CODE 93610
UNITED STATES POSTAGE

(LEGAL MAIL)

Clerk of THE U.S. District Court
Court for The District of California
450 Golden Gate Ave Box 36060
San Francisco, CA 94102

RECEIVED
APR 24 2008