TO:
NORTHERN DISTRICT OF CA.
U.S. DISTRICT COURT
450 GOLDEN GATE AVE.
P.O. BOX 36060
SAN FRANCISCO, CA. 94102-9680

FILED
08 MAY 16 PM 12:53
RICHARD W. [WIEKING]
CLERK U.S. DISTRICT [COURT]
N. DISTRICT OF [CALIFORNIA]

MAY 2008

Return Address:
LINDA MOTLEY X05359
V.S.P.W. P.O. BOX 96 (D4·20·2L)
CHOWCHILLA, CA. 93610-0096

CASE NUMBER: CV 08 2223 SBA

LINDA MOTLEY Plaintiff,
V.
STATE OF CALIFORNIA
AND
HONORABLE JUDGE NYKENAIL
Defendant.

COMPLAINT UNDER THE CIVIL RIGHTS ACT 42 U.S. §§ 1983
CONCERNS FOR NOTICE RECEIVED REQUEST FOR MORE INFORMATION AND CLEARANCE.

Unproffesional court filings were returned to me damaged with improper ink And or magic marker stains. I Linda Motley, Move to ask the courts filing to be properly submitted and more clearly understood. Enclosed are I/m Trust Account Statement, also A Certificate of funds THANK YOU — Also case No. above was given to me by your court clerk Mr. RICHARD W. WIEKING Clerk U.S. District Northern District of California. I THANK YOU AGAIN SINCERELY.

Valley State Prison For Women
Linda Motley.

W/B.

(CC.2)

1
2                                              Case Number: _____
3
4
5
6
7
8
9                          **CERTIFICATE OF FUNDS**
10                                     **IN**
11                         **PRISONER'S ACCOUNT**
12
13     I certify that attached hereto is a true and correct copy of the prisoner's trust account
14 statement showing transactions of _____○_____ for the last six months
15 at
16                                    [prisoner name] LINDA MOSLEY
17 Valley St. Prison for Women _____ where (s)he is confined.
18         [name of institution]
19     I further certify that the average deposits each month to this prisoner's account for the
20 most recent 6-month period were $ ___○___ and the average balance in the prisoner's
21 account each month for the most recent 6-month period was $ Sixteen Dollars .
22
23 Dated: MAY 9, 2008           J. Bogetti, C/O VSPW
24                              [Authorized officer of the institution]
25
26
27
28

- 5 -

```
REPORT ID: TS3030 .701                                                REPORT DATE: 04/08/08
                                                                      PAGE NO:        1
                          CALIFORNIA DEPARTMENT OF CORRECTIONS
                               VALLEY STATE PRISON FOR WOMEN
                             INMATE TRUST ACCOUNTING SYSTEM
                             INMATE TRUST ACCOUNT STATEMENT

                      FOR THE PERIOD: MAR. 01, 2008 THRU APR. 08, 2008

ACCOUNT NUMBER : X05359                       BED/CELL NUMBER: D 4 000000002002L
ACCOUNT NAME   : MOTLEY, LINDA APRIL                  ACCOUNT TYPE: I
PRIVILEGE GROUP: A

                              TRUST ACCOUNT ACTIVITY

  << NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

                            CURRENT HOLDS IN EFFECT

DATE          HOLD
PLACED        CODE    DESCRIPTION          COMMENT              HOLD AMOUNT
----------    ----    -----------          -------              -----------
01/16/2008    H107    POSTAGE HOLD         1956 DEC07                  2.16
02/19/2008    H104    DAMAGES HOLD         2235 ID                     7.00
03/10/2008    H107    POSTAGE HOLD         2438 FEB08                  4.60
03/10/2008    H107    POSTAGE HOLD         2438 FEB08                  1.31
03/10/2008    H107    POSTAGE HOLD         2438 FEB08                  1.82
04/08/2008    H110    COPIES HOLD          2732 COPY                  13.00

                            TRUST ACCOUNT SUMMARY

BEGINNING      TOTAL        TOTAL         CURRENT     HOLDS       TRANSACTIONS
 BALANCE      DEPOSITS    WITHDRAWALS     BALANCE    BALANCE      TO BE POSTED
---------     --------    -----------     -------    -------      ------------
   0.01         0.00         0.00           0.01      29.89            0.00

                                                            CURRENT
                                                           AVAILABLE
                                                            BALANCE
                                                           ---------
                                                             29.88-
```