Return Address: LINDA MOTLEY
X05359 / B4-29-11L
P.O. BOX 96
CHOWCHILLA, CA 93610-0096

8/3/08

FILED
AUG 11 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
1301 CLAY STREET SUITE 400S
OAKLAND, CA 94612-5212

LINDA MOTLEY
　Plaintiff,
　v.
STATE OF CALIFORNIA et al,
　Defendants,

NO: C 08-02223 SBA (PR)

MOTIONS FOR "SUMMONS" AND "NOTICE"

NC

Honorable Judge Saundra Brown Armstrong,

Please grant my lawsuit to move forward for the marshalls to serve defendants the complaint against them. See: Same, Lopez v. Smith (9th Cir. 2000) 203 F.3d 1122. A dismissal with leave to amend cannot be appealed unless plaintiff files a written notice with the district court stating his or her intent not to amend the complaint. WMX Technologies v. Miller (9th Cir. 1997) 104 F.3d 1133. Also Baudette v. Barnette (9th Cir. 1991) 923 F.2d 754, 757; Walker v. Sumner (9th Cir. 1994) 14 F.3d 1415. See e.g. Local Rule 7-2(a) Northern District of California.

*[Image of mailing envelope]*

Return address:
VALLEY STATE PRISON FOR WOMEN
P.O. BOX 92
CHOWCHILLA, CA 93610

Name: LINDA MOTLEY
CDC #: X05359   Bldg/Bed: 514-29-1L

STATE PRISON GENERATED MAIL

Postage: UNITED STATES POSTAGE $00.42 PITNEY BOWES, AUG 07 2008, MAILED FROM ZIP CODE 93610

ADDRESS TO:
P.O. BOX 92/Letter, Photos, Stamps only.
P.O. BOX 94/Money Orders only.
P.O. BOX 96/Legal Mail only.

Addressed to:
OFFICE OF THE CLERK
USDC, NORTHERN DISTRICT COURT
OF CALIFORNIA, 1301 CLAY ST., Suite 400S
OAKLAND, CALIFORNIA
94612-5212

Legal Mail

***BULK ENVELOPES WITH PAPER AND/OR ENVELOPES WILL NOT BE ALLOWED***

Date 8/8/08
rec'd 8/10/08
08 90 80

[signature]